IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **ERIC TURNER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 2:20-cv-02271-JTF-tmp |
| ) | |
| **FEDERAL EXPRESS CORPORATION** ) | |
| **d/b/a FEDEX EXPRESS,** ) | |
| ) | |
| **Defendants.** ) | |

# JUDGMENT

Decision by Court.   This action came for consideration before the Court.   The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is Dismissed with Prejudice in accordance with the Joint Stipulation of Dismissal, (ECF No. 38), and the Order Dismissing Case, (ECF No. 39), both entered on January 4, 2023.

**APPROVED:**

*s/John T. Fowlkes, Jr.*  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE  

THOMAS M. GOULD  
CLERK

January 4, 2023  
DATE  

s/Jarrod Nelson  
(BY) LAW CLERK